MARC A. FENSTER (Bar No. 181067)
mfenster@raklaw.com
REZA MIRZAIE (Bar No. 246953)
rmirzaie@raklaw.com
BRIAN D. LEDAHL (Bar No. 186579)
bledahl@raklaw.com
PAUL KROEGER (Bar No. 229074)
pkroeger@raklaw.com
C. JAY CHUNG (Bar No. 252794)
jchung@raklaw.com
PHILIP X. WANG (Bar No. 262239)
pwang@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard
12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Realtime Adaptive Streaming LLC*

Christopher S. Marchese (CA 170239 / marchese@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Tel: (858) 678-5070 /
Fax: (858) 678-5099

Frank E. Scherkenbach (BBO #653,819 / scherkenback@fr.com)
Elizabeth G.H. Ranks (BBO #693,679 / liz.ranks@fr.com)
Proshanto Mukherji (BBO # 675,801 / mukherji@fr.com)
FISH & RICHARDSON P.C.
One Marina Park Drive Boston, MA 02110
Tel: (617) 542-5070 /
Fax: (617) 542-8906

Jonathan J. Lamberson (CA 239107 / lamberson@fr.com)
Betty Chen (CA 290588 / bchen@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Tel: (650) 839-5070 /
Fax: (650) 839-5071

*Attorneys for Defendant Adobe Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REALTIME ADAPTIVE STREAMING LLC,<br><br>       Plaintiff,<br><br>   vs.<br><br>ADOBE INC.,<br><br>       Defendant. | Case No. 2:18-cv-09344-GW-JC |

JOINT CLAIM CONSTRUCTION STATEMENT                    2:18-CV-09344-GW-JC

Pursuant to the Court's December 20, 2018 Scheduling Order (ECF No. 59) and N.D. Cal. Patent L.R. 4-3, Plaintiff Realtime Adaptive Streaming LLC ("Realtime") and Defendant Adobe Inc. ("Adobe") submit this Joint Claim Construction and Prehearing Statement.

Exhibit A contains the construction of claim terms on which the parties agree.

Exhibit B contains the parties' proposed constructions of disputed claim terms, along with citations to the intrinsic and extrinsic evidence on which the parties intend to rely. The parties agree that they each may cite to and rely upon intrinsic and extrinsic evidence cited by the other party.

Exhibit C contains the list of the ten claim terms for construction that the parties have identified as the most significant at this time. Except for the terms that Adobe contends are indefinite, the parties believe that each dispute goes to an issue of claim scope. Adobe contends that its proposed constructions of "access profile," "one or more processors configured to…," and "a processor configured to…" are case dispositive as to those asserted patents. Additionally, Adobe contends that its constructions of "a controller for…," "control means for …," "quantizer,"[1] and "metadata determines coordinates …" are dispositive as to the asserted claims that contain those terms. Except for the terms that Adobe contends are indefinite, Realtime contends that none of the terms are dispositive.

Attached as Exhibits D1-D7 are copies of U.S. Patent Nos. 7,386,046 (the "'046 patent"); 8,934,535 (the "'535 patent"); 9,578,298 (the "'298 patent"); 9,769,477 (the "'477 patent"); RE46,777 (the "'777 patent"); 8,929,442 (the "'442 patent"); and 9,762,907 (the "'907 patent"). The '046, '535,'477, '442, and '907 patents share a substantially identical written description and are referred to collectively in Exhibit A and Exhibit B as the "Fallon Patents." Citations in Exhibit

---

[1] Adobe's proposed construction of "quantizer" would be claim dispositive as a result of improper broadening under 35 U.S.C. § 251

B to the '535 patent and the '046 patent are intended to refer to the corresponding portions of the other Fallon Patents as well.

In addition, the parties are prepared to provide a complete prosecution history for each patent upon the Court's request.

The parties anticipate that the length of time necessary for the Claim Construction hearing will be 3 hours, together with the Claim Construction hearing set for the same date and time in the related case, *Realtime v. Google LLC, et al.*, Case No. 2:18-CV-03629-GW-JC.

The parties do not anticipate the need for any live testimony at the claim construction hearing. Realtime intends to rely on the declaration of an expert, Dr. Kenneth A. Zeger. Adobe may rely upon a rebuttal expert declaration once it reviews Realtime's declaration. Also, Adobe reserves the right to rely upon expert testimony submitted in the related *Google* case.[2] The parties will serve each other with a copy of their respective expert declarations no later than April 3, 2019.

---

[2] Realtime does not agree that Adobe's potential reliance on a rebuttal expert declaration or expert testimony in the Google case is proper. Realtime reserves the right to object to any such reliance or testimony.

DATED: March 28, 2019

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| REALTIME ADAPTIVE STREAMING LLC | ADOBE INC. |
| /s/ C. Jay Chung | /s/ Jonathan J. Lamberson |
| MARC A. FENSTER (Bar No. 181067)<br>mfenster@raklaw.com<br>REZA MIRZAIE (Bar No. 246953)<br>rmirzaie@raklaw.com<br>BRIAN D. LEDAHL (Bar No. 186579)<br>bledahl@raklaw.com<br>PAUL KROEGER (Bar No. 229074)<br>pkroeger@raklaw.com<br>C. JAY CHUNG (Bar No. 252794)<br>jchung@raklaw.com<br>PHILIP X. WANG (Bar No. 262239)<br>pwang@raklaw.com<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard<br>12th Floor<br>Los Angeles, California 90025<br>Telephone: (310) 826-7474<br>Facsimile: (310) 826-6991<br><br>*Attorneys for Realtime Adaptive Streaming LLC* | Christopher S. Marchese<br>(marchese@fr.com)<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA  92130<br>Tel:  (858) 678-5070 /<br>Fax:  (858) 678-5099<br><br>Frank E. Scherkenbach<br>(scherkenback@fr.com)<br>Elizabeth G.H. Ranks<br>(liz.ranks@fr.com)<br>Proshanto Mukherji<br>(mukherji@fr.com)<br>FISH & RICHARDSON P.C.<br>One Marina Park Drive<br>Boston, MA 02110<br>Tel:  (617) 542-5070 /<br>Fax: (617) 542-8906<br><br>Jonathan J. Lamberson<br>(CA 239107 / lamberson@fr.com)<br>Betty Chen<br>(CA 290588 / bchen@fr.com)<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA  94063<br>Tel:  (650) 839-5070 /<br>Fax:  (650) 839-5071<br><br>*Attorneys for Defendant Adobe Inc.* |

# EXHIBIT A

## Joint Claim Construction Statement: Agreed Terms

| Claim Term | Agreed Construction |
|---|---|
| **"compressing" / "compress[ed]" / "compression"**<br><br>All asserted claims of Fallon Patents | [representing / represented / representation] of data with fewer bits |
| **"means for reducing temporal redundancy by block based motion compensated prediction in order to establish a prediction error signal"**<br><br>'777 Patent Claim 11 | Governed by 35 U.S.C. § 112, ¶ 6.<br><br><u>Function</u>: reducing temporal redundancy by block based motion compensated prediction in order to establish a prediction error signal<br><br><u>Corresponding structure</u>: adder, subtractor, and equivalents thereof |

# EXHIBIT B

## Joint Claim Construction Chart: Currently Disputed Terms

**A. Fallon Patents**

| Fallon Patents Claim Term | Realtime's Proposed Construction and Supporting Evidence | Adobe's Proposed Construction and Supporting Evidence |
|---|---|---|
| **"data block"**<br><br>'535 patent, claims 1, 14<br><br>'477 patent, claims 1, 7, 9, 16, 22 | "a single unit of data, which may range in size from individual bits through complete files or collection of multiple files"<br><br>**Intrinsic Evidence**<br>'535 patent, Abstract; col. 6:18-7:45; 17:33-18:23; Figs. 4A and 4B and associated text; claims of the '535, '477, '046 and related patents.<br><br>**Extrinsic Evidence**<br>Prior claim constructions (e.g., in cases involving Realtime Adaptive Streaming LLC or Realtime Data LLC)<br><br>The following is a brief description of the substance of Dr. Zeger's proposed testimony: How a person of ordinary skill in the art would understand these terms in view of the intrinsic and extrinsic evidence. | Plain meaning.<br><br>**Intrinsic Evidence**[3]<br>'046 Patent at 2:39-41, 6:31-43, 7:5-34, 17:16-18:58<br><br>U.S. Pat. 6,195,024 at 7:5-15<br><br>**Extrinsic Evidence**<br>Opinion and Order, *Realtime v Rackspace*, No. 6-16-CV-961, Dkt. 183<br><br>Opinion and Order, *Realtime v. Actian*, No. 6-15-CV-463, Dkt. 362 |
| **"access profile"**<br><br>'535 patent, claims 1, 14 | "information that enables the controller to select a suitable compression algorithm that provides a desired balance between execution speed (rate compression) and efficiency (compression ratio)"<br><br>**Intrinsic Evidence** | "information regarding the number or frequency of reads or writes"<br><br>**Intrinsic Evidence**<br>'046 Patent at 11:29-12:64 |

---

[3] While all of Adobe's Fallon Patent citations are to the '046 patent, it should be understood that the same or similar support can be found in the other Fallon Patents.

| Fallon Patents Claim Term | Realtime's Proposed Construction and Supporting Evidence | Adobe's Proposed Construction and Supporting Evidence |
|---|---|---|
| | '535 patent, Abstract; col. 8:4-13; 10:31-45; 11:6-12:50; 13:1-14; 14:11-49; FIGS 1, 2, 3 and associated text; claims of the '535 and related patents.<br><br>**Extrinsic Evidence**<br>Prior claim constructions (e.g., in cases involving Realtime Adaptive Streaming LLC or Realtime Data LLC)<br><br>The following is a brief description of the substance of Dr. Zeger's proposed testimony: How a person of ordinary skill in the art would understand this term in view of the intrinsic and extrinsic evidence. | Provisional Application 60/268,394 at 2-4<br><br>File history for U.S. App. 12/132,399, 3/19/2009 Office Action Response at 5<br><br>*Netflix, Inc. v. Realtime Adaptive Streaming, LLC*, Case IPR2018-01169, Paper No. 20 (Institution of *Inter Partes* Review) (Jan. 17, 2019) |
| **"data profile"**<br><br>'477 patent, claim 17 | No construction necessary<br><br>Alternatively: "information associating data with a compression algorithm"<br><br>**Intrinsic Evidence**<br>'535 patent, Abstract; col. 8:4-13; 10:31-45; 11:6-12:50; 13:1-14; 14:11-49; Figs. 1, 2, 3 and associated text; claims of the '535, '477, '046 and related patents.<br><br>**Extrinsic Evidence**<br>Prior claim constructions (e.g., in cases involving Realtime Adaptive Streaming LLC or Realtime Data LLC)<br><br>The following is a brief description of the substance of Dr. Zeger's proposed testimony: How a person of ordinary skill in the art would | "information associating an access profile with a compression/decompression algorithm"<br><br>**Intrinsic Evidence**<br>'046 Patent at 11:9-12:64<br><br>Provisional Application 60/268,394 at 2-4<br><br>File history for U.S. App. 12/132,399, 3/19/2009 Office Action Response at 5 |

| Fallon Patents Claim Term | Realtime's Proposed Construction and Supporting Evidence | Adobe's Proposed Construction and Supporting Evidence |
|---|---|---|
| | understand these terms in view of the intrinsic and extrinsic evidence. | |
| **"a controller for tracking throughput and generating a control signal to select a compression routine based on the throughput …"**<br><br>'046 patent claim 23 | No construction necessary[4]<br><br>**Intrinsic Evidence**<br>'535 patent, at Abstract; col. 1:21-29; 7:51-8:54, 9:11-28; 9:52-10:45; 11:6-12:50; 13:1-15:25, 16:38-17:29; FIGS 1, 2, 3, and associated text; claims of the '535, '477, '442, '907, '046 and related patents.<br><br>**Extrinsic Evidence**<br>Prior claim constructions (e.g., in cases involving Realtime Adaptive Streaming LLC or Realtime Data LLC).<br><br>The following is a brief description of the substance of Dr. Zeger's proposed testimony: How a person of ordinary skill in the art would understand this term in view of the intrinsic and extrinsic evidence. | Subject to 112(6)<br><br>Function: "tracking throughput and generating a control signal to select a compression routine based on the throughput"<br><br>Corresponding structure: Indefinite. No structure provided.<br><br>**Intrinsic Evidence**<br>None<br><br>**Extrinsic Evidence**<br>None |
| **"One or more processors configured to: determine one or more data parameters, at least one of the determined one or** | No construction necessary<br><br>**Intrinsic Evidence**<br>'535 patent, at Abstract; col. 1:21-29; 7:51-8:54, 9:11-28; 9:52-10:45; 11:6-12:50; 13:1-15:25, 16:38-17:29; FIGS 1, 2, 3, and associated text; | Subject to 112(6)<br><br>Function: determine one or more data parameters, at least one of the determined one or more data parameters relating to a throughput of a |

---

[4] Realtime objects to the inclusion of this claim term as disputed, as Adobe did not disclose this term in its P.R. 4-1 disclosures. Adobe responds that the omission of this term was inadvertent, and Adobe corrected this error on March 14, 2019, well before the completion of the meet and confer process. Adobe further notes that both parties have modified their proposed constructions and list of terms to construe multiple times after making their original disclosures, and that such changes are typical during the claim construction meet and confer process. Finally, Adobe contends that there is no possible prejudice to Realtime, since it is not even proposing a construction for this term.

| Fallon Patents Claim Term | Realtime's Proposed Construction and Supporting Evidence | Adobe's Proposed Construction and Supporting Evidence |
|---|---|---|
| **more data parameters relating to a throughput of a communications channel [measured in bits per second] and select one or more [asymmetric/video] data compression encoders from among the plurality of [different asymmetric / video] data compression encoders based upon, at least in part, the determined one or more data parameters"**<br><br>'477 Patent, Claims 1 and 20 | claims of the '535, '477, '442, '907, '046 and related patents.<br><br>**Extrinsic Evidence**<br>Prior claim constructions (e.g., in cases involving Realtime Adaptive Streaming LLC or Realtime Data LLC).<br><br>The following is a brief description of the substance of Dr. Zeger's proposed testimony: How a person of ordinary skill in the art would understand this term in view of the intrinsic and extrinsic evidence. | communications channel [measured in bits per second]; and select one or more [asymmetric/video] data compression encoders from among the plurality of different [asymmetric/video] data compression encoders based upon, at least in part, the determined one or more data parameters<br><br>Corresponding structure: Indefinite. No structure provided.<br><br>**Intrinsic Evidence**<br>None<br><br>**Extrinsic Evidence**<br>None |
| **"a processor configured: to analyze one or more data parameters from one or more data blocks containing video data, wherein at least one data parameter relates to an expected or anticipated throughput of a communications channel; and to select two or more different** | No construction necessary<br><br>**Intrinsic Evidence**<br>'535 patent, at Abstract; col. 1:21-29; 7:51-8:54, 9:11-28; 9:52-10:45; 11:6-12:50; 13:1-15:25, 16:38-17:29; FIGS 1, 2, 3, and associated text; claims of the '535, '477, '442, '907, '046 and related patents.<br><br>**Extrinsic Evidence**<br>Prior claim constructions (e.g., in cases involving Realtime Adaptive Streaming LLC or Realtime Data LLC). | Subject to 112(6)<br><br>Function: (1) analyze one or more data parameters from one or more data blocks containing video data, wherein at least one data parameter relates to an expected or anticipated throughput of a communications channel; (2) select two or more different data compression routines from among a plurality of different data compression routines based upon, at least in part, the one or more data parameters relating to the expected or anticipated throughput of the communications channel |

| Fallon Patents Claim Term | Realtime's Proposed Construction and Supporting Evidence | Adobe's Proposed Construction and Supporting Evidence |
|---|---|---|
| **data compression routines from among a plurality of different data compression routines based upon, at least in part, the one or more data parameters relating to the expected or anticipated throughput of the communications channel"**<br><br>'907 Patent, Claim 1 | The following is a brief description of the substance of Dr. Zeger's proposed testimony: How a person of ordinary skill in the art would understand this term in view of the intrinsic and extrinsic evidence. | <u>Corresponding structure</u>: Indefinite.  No structure provided.<br><br>**Intrinsic Evidence**<br>None<br><br>**Extrinsic Evidence**<br>None |

B. '777 Patent

| '777 Patent Claim Term | Realtime's Proposed Construction and Supporting Evidence | Adobe's Proposed Construction and Supporting Evidence |
|---|---|---|
| "control means for: calculating a first quantization efficiency of at least one subblock of the plurality of subblocks; setting the quantized values of the at least one subblock to all zeroes; calculating a second quantization efficiency for the at least one subblock while all of the quantized values are zeroes; selecting which of the first and second quantization efficiencies is a higher efficiency; and selecting, for further proceeding, the at least one subblock with the quantized values prior to setting the quantized values of the at least one subblock to all zeroes if the first quantization efficiency is higher and selecting the at least one subblock with the quantized values set to zero, for further proceeding, if the second quantization efficiency is higher"<br><br>Claim 11 | Governed by 35 U.S.C. § 112, ¶ 6.<br><br>Function: calculating a first quantization efficiency of at least one subblock of the plurality of subblocks; setting the quantized values of the at least one subblock to all zeroes; calculating a second quantization efficiency for the at least one subblock while all of the quantized values are zeroes; selecting which of the first and second quantization efficiencies is a higher efficiency; and selecting, for further proceeding, the at least one subblock with the quantized values prior to setting the quantized values of the at least one subblock to all zeroes if the first quantization efficiency is higher and selecting the at least one subblock with the quantized values set to zero, for further proceeding, if the second quantization efficiency is higher<br><br>Corresponding structure: quantizer, and equivalents thereof<br><br>**Intrinsic Evidence**<br>'777 patent, Abstract; col. 1:50-3:9, 4:10-5:34, 5:51-7:51, 8:1-9:15, 9:45-13:56, 14:1-15:45, 16:55-18:42; Figs. 1-9, and associated text; claims of the '777 and related patents.<br><br>**Extrinsic Evidence** | Subject to 112(6)<br><br>Function: calculating a first quantization efficiency of at least one subblock of the plurality of subblocks; setting the quantized values of the at least one subblock to all zeroes; calculating a second quantization efficiency for the at least one subblock while all of the quantized values are zeroes; selecting which of the first and second quantization efficiencies is a higher efficiency; and selecting, for further proceeding, the at least one subblock with the quantized values prior to setting the quantized values of the at least one subblock to all zeroes if the first quantization efficiency is higher and selecting the at least one subblock with the quantized values set to zero, for further proceeding, if the second quantization efficiency is higher<br><br>Corresponding Structure: Indefinite; no structure provided.<br><br>**Intrinsic Evidence**<br>'777 Patent at Fig. 3, 4:26–60; 5:30–59; 10:10–11:20; 11:21–12:20. |

| '777 Patent Claim Term | Realtime's Proposed Construction and Supporting Evidence | Adobe's Proposed Construction and Supporting Evidence |
|---|---|---|
| | The following is a brief description of the substance of Dr. Zeger's proposed testimony: How a person of ordinary skill in the art would understand this term in view of the intrinsic and extrinsic evidence. | App. No. 12/531,025 File History, 2/27/2013 Office Action<br><br>App. No. 12/531,025 File History, 7/29/2013 Amendment and Response to Office Action<br><br>App. No. 12/531,025 File History, Notice of Allowance<br><br>*Netflix, Inc. v. Realtime Adaptive Streaming, LLC*, Case IPR2018-01189, Paper 23 (Institution of *Inter Partes* Review) (Jan. 22, 2019) |
| **"quantizer"**<br><br>Claim 11 | No construction necessary<br><br>**Intrinsic Evidence**<br>'777 patent, Abstract; col. 1:50-3:9, 4:10-60, 5:51-6:65, 7:20-8:60, 9:45-10:57, 12:10-67, 13:51-14:42, 15:2-17:67; Figs. 1-9, and associated text; claims of the '777 and related patents.<br><br>**Extrinsic Evidence**<br>The following is a brief description of the substance of Dr. Zeger's proposed testimony: How a person of ordinary skill in the art would understand this term in view of the intrinsic and extrinsic evidence. | "a hardware- or a software-controlled processor that reduces the quantity of information used to represent a video signal by mapping input values from a large set to output values in a smaller set"<br><br>**Intrinsic Evidence**<br>'777 Patent at Figs. 1, 2, 3, 8; 2:2–3:3, 3:10–61, 4:30–37, 8:13–24, 9:61–11:20, 11:21–12:26, 13:33-50, 15:7–22, 15:52–16:32<br><br>Reissue File History, 6/7/2017 Office Action<br><br>Reissue File History, 9/5/2017 Amendment and Response to Office Action<br><br>Reissue File History, Notice of Allowance |

| '777 Patent Claim Term | Realtime's Proposed Construction and Supporting Evidence | Adobe's Proposed Construction and Supporting Evidence |
|---|---|---|
| | | **Extrinsic Evidence**<br>*Oxford Dict. of Computing*, Oxford Univ. Press 6th Ed. (2008) |

C.  '298 Patent

| '298 Patent Claim Term | Realtime's Proposed Construction and Supporting Evidence | Adobe's Proposed Construction and Supporting Evidence |
|---|---|---|
| **"decode" / "decoding"**<br><br>Claims 1, 11 | No construction necessary<br><br>**Intrinsic Evidence**<br>'298 patent, Abstract; col. 1:8-17, 1:63-2:67, 3:3-20, 3:63-5:48; Figs. 1-3, and associated text; claims of the '298 and related patents.<br><br>**Extrinsic Evidence**<br>The following is a brief description of the substance of Dr. Zeger's proposed testimony: How a person of ordinary skill in the art would understand this term in view of the intrinsic and extrinsic evidence. | "recover/recovering data that was previously encoded"<br><br>**Intrinsic Evidence**<br>'298 Patent, Fig. 3; 4:17–22; 4:23–31; 4:61–5:4; 5:14–24<br><br>'298 Patent File History, 03/16/2015 Office Action<br><br>'298 Patent File History, 6/16/2015 Amendments and Resp. to Office Action<br><br>'298 Patent File History, 10/1/2015 Office Action<br><br>'298 Patent File History, 1/4/2016, Request for Continued Examination, Amendments and Remarks |

| '298 Patent Claim Term | Realtime's Proposed Construction and Supporting Evidence | Adobe's Proposed Construction and Supporting Evidence |
|---|---|---|
| | | '298 Patent File History, 3/10/2016 Office Action<br><br>'298 Patent File History, 7/11/2016 Amendments and Resp. to Office Action<br><br>**Extrinsic Evidence**<br>*Comprehensive Dict. of Elec. Eng'g*, 2d Ed. (2005)<br><br>*Dictionary of Computer Vision and Image Processing* (2005)<br><br>*Newton's Telecom Dict.*, 24th Ed. (2008) |
| **"metadata determines coordinates . . . "**<br><br>Claims 12, 15-18 | No construction necessary<br><br>**Intrinsic Evidence**<br>'298 patent, Abstract; col. 3:40-5:48; Figs. 1-3, and associated text; claims of the '298 and related patents.<br><br>**Extrinsic Evidence**<br>The following is a brief description of the substance of Dr. Zeger's proposed testimony: How a person of ordinary skill in the art would understand this term in view of the intrinsic and extrinsic evidence. | "metadata expressly states the coordinates …"<br><br>**Intrinsic Evidence**<br>'298 Patent, Claims 1, 3, 7-12, 15-18; Figs. 1, 2, 3; 3:63-67; 4:17–22; 4:23–31; 4:50–57; 4:61–5:4<br><br>'298 Patent File History, 03/16/2015 Office Action<br><br>'298 Patent File History, 6/16/2015 Amendments and Resp. to Office Action.<br><br>'298 Patent File History, 10/1/2015 Office Action<br><br>'298 Patent File History, 1/4/2016, Request for Continued Examination, Amendments and Remarks |

| '298 Patent Claim Term | Realtime's Proposed Construction and Supporting Evidence | Adobe's Proposed Construction and Supporting Evidence |
|---|---|---|
| | | '298 Patent File History, 3/10/2016 Office Action<br><br>'298 Patent File History, 7/11/2016 Amendments and Resp. to Office Action |

# EXHIBIT C

**Joint Claim Construction Statement: List of Most Significant Terms for Construction**

1. "access profile"
2. "data profile"
3. "a controller for…"
4. "one or more processors configured to…"
5. "a processor configured…"
6. "data block"
7. "quantizer"
8. "control means for…"
9. "decode/decoding"
10. "metadata determines coordinates…"