MARC A. FENSTER (Bar No. 181067)
mfenster@raklaw.com
REZA MIRZAIE (Bar No. 246953)
rmirzaie@raklaw.com
BRIAN D. LEDAHL (Bar No. 186579)
bledahl@raklaw.com
PAUL KROEGER (Bar No. 229074)
pkroeger@raklaw.com
C. JAY CHUNG (Bar No. 252794)
jchung@raklaw.com
PHILIP X. WANG (Bar No. 262239)
pwang@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard
12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Realtime Adaptive Streaming LLC*

CHRISTOPHER S. MARCHESE
(CA 170239 / marchese@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

FRANK E. SCHERKENBACH
(CA 142549 / scherkenbach@fr.com)
PROSHANTO MUKHERJI
(MA 675801 / mukherji@fr.com)
ELIZABETH G.H. RANKS
(MA 693679 / ranks@fr.com)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02110
Tel: 617-542-5070 / Fax: 617-542-8906

JONATHAN J. LAMBERSON
(CA 239107 / lamberson@fr.com)
BETTY CHEN
(CA 290588 / bchen@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Tel: 650-839-5070 / Fax: 650-839-5071

*Attorneys for Defendant Adobe Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REALTIME ADAPTIVE STREAMING LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ADOBE INC.,<br><br>　　　　Defendant. | Case No. CV 18-9344-GW-JCx<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY CASE PENDING COMPLETION OF *INTER PARTES* REVIEW PROCEEDINGS**<br><br>Judge:  Hon. George H. Wu<br>Magistrate: Hon. Jacqueline Chooljian |

The Court, having considered the Joint Stipulation to Stay Case Pending Completion of *Inter Partes* Review Proceedings entered into by and between Plaintiff Realtime Adaptive Streaming LLC and Defendant Adobe Inc., and for good cause being shown,

IT IS HEREBY ORDERED that:

1. This case shall be stayed and all deadlines and hearings shall be vacated until the final completion of all Instituted IPRs (IPR2018-01187, IPR2018-01817, and IPR2019-01035), including any appeals;

2. Adobe agrees to be bound by statutory estoppel for any final written decisions that issue in the Instituted IPRs (IPR2018-01187, IPR2018-01817, and IPR2019-01035); and

3. The parties shall file a status report within ten (10) business days from final completion of all Instituted IPRs (IPR2018-01187, IPR2018-01817, and IPR2019-01035), including any appeals.

4. The Court sets a status conference re the IPR's for October 19, 2020 at 8:30 a.m. The parties are to file a joint status report by October 13, 2020.

IT IS SO ORDERED.

DATED: January 29, 2020

Hon. George H. Wu
United States District Judge

[PROPOSED] ORDER GRANTING
STIPULATION TO STAY CASE PENDING IPRS            -2-            2:18-CV-09344-GW-JC